# EXHIBIT 7

**U.S. Patent No. 6,854,287 – Infringement Claim Chart**

The Schneider Electric Supplied Products include Schneider Electric's Computer Room Air Conditioners (CRACs), Computer Room Air Handlers (CRAHs), and accompanying control devices/systems, including:

- Uniflair Direct Expansion Room Cooling Perimeter Units with a variable capacity/speed compressors (e.g., Uniflair AM-LE units, including but not limited to model numbers IDAV, IUAV, IXAV);

- Close-Coupled InRow units (overhead and floor-mounted) with variable capacity/speed compressors (e.g., ACRC 100 series, ACRP100 series, ACRC300 series, ACRD300 series, ACCU300 series, ACRC500 series, ACRD500 series, ACRC600 series);

- Accompanying control devices/systems (e.g., pCO5, pCO5+, UG50, J5, EcoStruxure).

These Schneider Electric Supplied Products, when used by Schneider Electric's customers to cool a data center, infringed at least claim 1 of the '287 patent, as demonstrated in the exemplary claim chart below.

Page 1 of **46**

| Claim Language | Exemplary Evidence |
| --- | --- |
| [1pre] A method for cooling a room configured to house a plurality of computer systems, said method comprising: | Schneider Eletric's customers, when using the Schneider Electric Supplied Products, cooled a room configured to house a plurality of computer systems.<br><br>**Cooling Solutions for IT Equipment**<br><br>Right-sized systems for every environment, from network closets to data centers<br><br>Schneider Electric offers a comprehensive portfolio of solutions for virtually any cooling need in critical IT environments, from network closets and server rooms to data centers of all sizes. Our efficient, flexible, and reliable solutions are easy to install and service, and are readily available worldwide.<br><br>*See, e.g.*, Schneider Electric, "Cooling Solutions for IT Equipment: Right-sized systems for every environment, from network closets to data centers" Brochure (2013). |

| Claim Language | Exemplary Evidence |
|---|---|
| | **Solutions for Cooling Business-critical IT Environments**<br><br>Whether your customers need to cool their data center or have other environments that require precision cooling, Schneider Electric™ offers a comprehensive portfolio of solutions for virtually any critical cooling problem in any IT environment. Our solutions are efficient, flexible, and reliable while being easy to install and service, and our global presence ensures that our products are readily available worldwide.<br><br>At the core of our cooling offer are the Uniflair™ and EcoBreeze™ product families for room cooling and the InRow™ products for close-coupled cooling, which are typically installed in IT environments as the basis of the overall cooling system. To enhance the efficiency and effectiveness of our core cooling products, we offer a complete line of air distribution solutions, including thermal containment for rack and aisle level, as well as fan solutions to improve air distribution within the rack or room. In addition, our full selection of chillers and matched heat rejection products complete the cooling system framework. There are many features and criteria to take into consideration when selecting the proper cooling product, such as predictability, flexibility, and scalability. The benefits for each of these products are highlighted in this brochure, along with some important guidance on the selection process when considering the best cooling system for your IT environment.<br><br>*See, e.g.*, Schneider Electric, "Cooling Solutions for IT Equipment: Right-sized systems for every environment, from network closets to data centers" Brochure (2013). |

Page 3 of **46**

| Claim Language | Exemplary Evidence |
|---|---|
| | **Medium Data Centers (200 kW – 1 MW)** The Uniflair solution is popular for medium-sized facilities due to its flexibility, efficiency, and lowest first cost. Utilized within raised floor environments, it offers flexible, intelligent temperature and humidity control to provide precision cooling at the room level. **Small Data Centers (Below 200 kW)** InRow cooling products are optimal for smaller data centers, with the predictability of the close-coupled approach and integrated rack and row level temperature control. This also makes them well suited for high-density zones within larger data centers to create a hybrid cooling system. To maximize cooling efficiency and predictability in any data center environment, the EcoAisle containment system minimizes hot or cold air recirculation and improves cooling system performance. The improved airflow enables higher density cooling with any of our cooling solutions, which can further reduce energy consumption and save valuable data center space. Customers can save up to 30 percent in operational costs versus an uncontained system. **Small and Medium Data Center** Chilled water- and refrigerant-based Uniflair and InRow Cooling are optimal for small and medium data centers. *See, e.g.*, Schneider Electric, "Cooling Solutions for IT Equipment: Right-sized systems for every environment, from network closets to data centers" Brochure (2013). |

| Claim Language | Exemplary Evidence |
|---|---|
| |  *See, e.g.*, Schneider Electric, "High-efficiency room air conditioners" Brochure (2015). |

Page 5 of **46**

| Claim Language | Exemplary Evidence |
|---|---|
|  |  *See, e.g.*, Schneider Electric, "High-efficiency room air conditioners" Brochure (2015). |

| Claim Language | Exemplary Evidence |
|---|---|
| | *See, e.g.*, Schneider Electric, "Uniflair Air Cooled Room Cooling IDAV – IUAV – IXAV: Uniflair Direct Expansion Air Cooled Room Cooling with Variable Drive Compressors 50 – 150 Kw" (2019). |

| Claim Language | Exemplary Evidence |
|---|---|
| | *See, e.g.*, Schneider Electric, "Uniflair Air Cooled Room Cooling IDAV – IUAV – IXAV: Uniflair Direct Expansion Air Cooled Room Cooling with Variable Drive Compressors 50 – 150 Kw" Brochure (2019). |

| Claim Language | Exemplary Evidence |
|---|---|
| | **Variable-speed brushless compressors**<br><br>Uniflair AM-LE units, series IDAV, are equipped with latest generation variable-speed drive scroll compressors.<br><br>These units have been developed in order to improve further energy efficiency values of brushless compressors and guarantee high efficiency level at partial load conditions, compared to units with fixed-speed or traditional variable capacity solutions.<br><br>Both single variable-speed compressor (\*\*11A models) and tandem configuration with one fixed- and one variable-speed compressor in one single circuit (\*\*21A) are available.<br><br>In order to minimize the operative expense, air-cooled units are naturally matched with condensers equipped with EC fans.<br><br>*See, e.g.*, Schneider Electric, "High-efficiency room air conditioners" Brochure (2015). |

| Claim Language | Exemplary Evidence |
|---|---|
| | |

*See, e.g.*, Schneider Electric InRow Direct Expansion Air Conditioners Technical Specifications (Jan. 2015); *see also, e.g.*, Schneider Electric, "Uniflair Direct Expansion InRow Cooling" Catalog (Mar. 2022).

These CRACs/CRAHs with their associated controls, were configured to "adapt automatically to the new load conditions of the room." *See, e.g.*, Schneider Electric, "High-efficiency room air conditioners" Brochure (2015).

*See, e.g.*, Schneider Electric, "High-efficiency room air conditioners" Brochure (2015).

| Claim Language | Exemplary Evidence |
|---|---|
| | <br><br>*See, e.g.*, YouTube, Schneider Electric Insider, "Uniflair Direct Expansion Room Cooling" (Sep. 29, 2022), https://www.youtube.com/watch?v=NsxLFuRrtBQ. |

| Claim Language | Exemplary Evidence |
|---|---|
| | **Flexibility**<br><br>The control software enables the operation of the unit to be adapted to every type of installation thanks to:<br><br>• The facility to input a double set-point for both temperature and humidity<br>• The facility to change fan speed directly from the user terminal (units with EC fans)<br>• Flexible configurability of alarm outputs<br>• The facility to calibrate temperature and humidity sensors<br>• The facility to interface with a wide range of BMS systems<br><br>*See, e.g.*, Schneider Electric, "High-efficiency room air conditioners" Brochure (2015).<br><br>**Total control**<br><br>Uniflair AM-LE units are equipped with sophisticated controls and management software conceived, developed, implemented, and tested by Schneider Electric. In addition to guaranteeing maximum flexibility in application to any specific project, every control solution is designed to maximize the performance and reliability of the type of unit to which it is fitted. Every component of the unit is monitored in real time, its performance optimized and kept within design parameters. As sophisticated as the control algorithms may be, the interface is user friendly and intuitive with an easy-to-read backlit display. The result is a control system that is reliable, flexible, and high performing.<br><br>*See, e.g.*, Schneider Electric, "High-efficiency room air conditioners" Brochure (2015). |

| Claim Language | Exemplary Evidence |
|---|---|
| | *See, e.g.*, Schneider Electric, "Intelligently controlled high-performance close-coupled cooling: Uniflair InRow Cooling" Brochure (2020). |

| Claim Language | Exemplary Evidence |
|---|---|
| | <br><br>*See, e.g.*, Schneider Electric, "Intelligently controlled high-performance close-coupled cooling: Uniflair InRow Cooling" Brochure (2020). |

| Claim Language | Exemplary Evidence |
|---|---|
| | *See, e.g.*, Schneider Electric, "High-efficiency room air conditioners" Brochure (2015). |

| Claim Language | Exemplary Evidence |
|---|---|
| | **StruxureWare for Data Centers Software Suite**<br><br>UPS units, cooling equipment, and secure power systems from Schneider Electric are core components of any architecture designed for highly critical applications, such as data centers, industry environments, infrastructure, and buildings.<br><br>Intelligent energy management of these systems is enabled by Schneider Electric EcoStruxure™ integrated hardware and software system architecture. StruxureWare software applications and suites are a key element of the EcoStruxure architecture. The software helps maximize system reliability and optimize operational efficiency.<br><br>StruxureWare for Data Centers software collects and manages real-time information about assets, resource use, and operation status throughout the data center life cycle. This data center infrastructure management (DCIM) software provides full system visibility, allowing managers to monitor information and act quickly in order to optimize data center performance and meet IT, business, and service-oriented goals.<br><br>*See, e.g.*, Schneider Electric, "Cooling Solutions for IT Equipment: Right-sized systems for every environment, from network closets to data centers" Brochure (2013). |

| Claim Language | Exemplary Evidence |
|---|---|
| | **Dynamic Servers**<br>Dynamic servers can increase or reduce power consumption based on the amount of processing they perform at a given time. This fluctuating compute demand results in varying heat loads over time in the data center. In order to handle rapid changes in heat loads and cooling demands of the IT equipment, cooling systems need to conserve energy during low loads.<br><br>**Virtualization**<br>Virtualization also complicates the dynamic computing problem. Not only can the heat load change with demand, it can also change by area in the data center. With virtualization, processing is more efficiently distributed to maximize equipment, so a server can go from lightly loaded to fully loaded in a short period of time. Virtualized data centers usually run at higher densities per rack as a result of their increased utilization rates, making a reliable cooling system even more critical.<br><br>*See, e.g.*, Schneider Electric, "Cooling Solutions for IT Equipment: Right-sized systems for every environment, from network closets to data centers" Brochure (2013).<br><br>• **Microprocessor Controller**<br>Provides complete reliability of the unit through intelligent controls<br><br>• Includes integrated active response controls that vary cooling capacity to match IT heat load<br><br>*See, e.g.*, Schneider Electric, "Cooling Solutions for IT Equipment: Right-sized systems for every environment, from network closets to data centers" Brochure (2013). |

| Claim Language | Exemplary Evidence |
|---|---|
| | **Active Response Controls**<br><br>Active response controls ensure that servers consistently operate at the desired rack inlet setpoint. As temperatures shift, built-in probes detect changes and send a signal to the controller. The cooling output is continually adjusted to accommodate varying loads, determined by the difference between the setpoint and the actual temperature as well as the airflow for each cooling unit. The fluid valve modulates fluid flow into the cooling coil, keeping equipment at the proper temperature, and saving energy by only consuming the amount required to cool the IT heat load.<br><br>*See, e.g.*, Schneider Electric, "Cooling Solutions for IT Equipment: Right-sized systems for every environment, from network closets to data centers" Brochure (2013).<br><br>**Group Control**<br><br>**Overview**<br><br>The following group activities are available when units are grouped together on a network and are managed by the group controller:<br><br>• **Redundancy** designates a set of standby units, one of which will be placed into operation in the event of failure of the active unit.<br>• **Runtime balancing** changes roles of active and standby units to maintain an even runtime of unit components across the cooling group.<br>• **Assist** activates a standby unit when the active unit is unable to meet the cooling demand. This is supported for both temperature and humidity.<br><br>**Group Controller**<br><br>The group controller is selected by the group members when the group is created. The selected group controller remains the group controller until the unit is no longer on the network or the group is connected to another network and the group controller loses an arbitration.<br><br>**Group Data**<br><br>Group data are data shared among the group. When entered on any display interface of a unit in the group, the data is broadcast to the entire group. The group controller ensures that a new member of the group has data consistent with the other group members.<br><br>*See, e.g.*, Schneider Electric Uniflair Room Cooling: Uniflair DX Air Cooled, Water Cooled and Indirect Free Cooling Units Technical Specifications (March 2022). |

| Claim Language | Exemplary Evidence |
|---|---|
| | **Cooling Unit Group**<br><br>**Overview**<br>The following group activities are available when units are grouped together on a network and are managed by the group controller:<br><br>• **Redundancy** designates a set of standby units, one of which will be placed into operation in the event of failure of the active unit.<br><br>See "Redundancy" on page 47 for more information on redundancy.<br><br>• **Runtime balancing** changes roles of active and standby units to maintain an even runtime of unit components across the cooling group.<br><br>See "Runtime Balancing" on page 48 for more information on runtime balancing.<br><br>• **Assist** activates a standby unit when the active unit is unable to meet the cooling demand. This is supported for both temperature and humidity.<br><br>See "Assist" on page 48 for more information on assisting.<br><br>*See, e.g.*, Schneider Electric Uniflair LE Operation and Maintenance Manual (Jan. 2018).<br><br>**Group Controller**<br>The group controller is selected by the group members when the group is created. The selected group controller remains the group controller until the unit is no longer on the network or the group is connected to another network and the group controller loses an arbitration.<br><br>**Group data**<br>Group data is data that is shared among the group. When entered on any display interface of a unit in the group, the data is broadcast to the entire group. The group controller ensures that a new member of the group has data consistent with the other group members. The following data items are the group data items for the cooling units:<br><br>*See, e.g.*, Schneider Electric Uniflair LE Operation and Maintenance Manual (Jan. 2018). |

Page 19 of **46**

| Claim Language | Exemplary Evidence |
|---|---|
| [1a] providing a plurality of heat exchanger units configured to receive air from said room and to deliver air to said room; | Schneider Eletric's customers, when using the Schneider Electric Supplied Products, provided a plurality of heat exchanger units configured to receive air from said room and to deliver air to said room.<br><br>Schneider Electric's customers used two or more CRAC/CRAH units networked together within a room, where each unit includes a heat exchanger and two or more comprises a plurality. The heat exchangers of the CRAC/CRAH units received hot air from the room and delivered cool air back to the room.<br><br><br><br>*See, e.g.*, Schneider Electric, "High-efficiency room air conditioners: Uniflair air conditioners designed for precision environmental control of miss-critical applications" Brochure (2015). |

| Claim Language | Exemplary Evidence |
|---|---|
| |  *See, e.g.*, Schneider Electric, "High-efficiency room air conditioners: Uniflair air conditioners designed for precision environmental control of miss-critical applications" Brochure (2015). *See, e.g.*, Schneider Electric Uniflair Room Cooling: Uniflair DX Air Cooled, Water Cooled and Indirect Free Cooling Units Technical Specifications (March 2022). |

| Claim Language | Exemplary Evidence |
|---|---|
| | <br><br>*See, e.g.*, Schneider Electric, "Uniflair Air Cooled Room Cooling IDAV – IUAV – IXAV: Uniflair Direct Expansion Air Cooled Room Cooling with Variable Speed Drive compressors 50-150 kW" Brochure (Dec. 2019). |

| Claim Language | Exemplary Evidence |
|---|---|
| | **Configuring the unit**<br><br>**Path: Main > Configuration > Unit > System**<br><br>• **Number of Units in Group:** The number of cooling units in this cooling group. Up to 16 cooling units can be joined together to work as a single cooling group.<br><br>*See, e.g.*, Schneider Electric, Uniflair LE Operation and Maintenance Manual (Jan. 2018).<br><br>**Cooling Unit Group**<br><br>**Overview**<br><br>The following group activities are available when units are grouped together on a network and are managed by the group controller:<br><br>• **Redundancy** designates a set of standby units, one of which will be placed into operation in the event of failure of the active unit.<br><br>See "Redundancy" on page 47 for more information on redundancy.<br><br>• **Runtime balancing** changes roles of active and standby units to maintain an even runtime of unit components across the cooling group.<br><br>See "Runtime Balancing" on page 48 for more information on runtime balancing.<br><br>• **Assist** activates a standby unit when the active unit is unable to meet the cooling demand. This is supported for both temperature and humidity.<br><br>See "Assist" on page 48 for more information on assisting.<br><br>**Group Controller**<br><br>The group controller is selected by the group members when the group is created. The selected group controller remains the group controller until the unit is no longer on the network or the group is connected to another network and the group controller loses an arbitration.<br><br>**Group data**<br><br>Group data is data that is shared among the group. When entered on any display interface of a unit in the group, the data is broadcast to the entire group. The group controller ensures that a new member of the group has data consistent with the other group members. The following data items are the group data items for the cooling units:<br><br>*See, e.g.*, Schneider Electric, Uniflair LE Operation and Maintenance Manual (Jan. 2018). |

| Claim Language | Exemplary Evidence |
| --- | --- |
| [1b] supplying said plurality of heat exchanger units with cooling fluid from an air conditioning unit; | Schneider Eletric's customers, when using the Schneider Electric Supplied Products, supplied the plurality of heat exchanger units with cooling fluid from an air conditioning unit.<br><br>For example, Schneider Electric's customers, when using Schneider Electric's direct expansion (DX) units, supplied cooling fluid (e.g., refrigerant) from an air conditioning unit (e.g., compressor, condensor, EEV) to the heat exchanger (e.g., evaporator).<br><br><br><br>*See, e.g.*, Schneider Electric, "Uniflair Air Cooled Room Cooling IDAV – IUAV – IXAV: Uniflair Direct Expansion Air Cooled Room Cooling with Variable Speed Drive compressors 50-150 Kw" Brochure (Dec. 2019). |

| Claim Language | Exemplary Evidence |
|---|---|
| | *See, e.g.*, Schneider Electric, "Uniflair Air Cooled Room Cooling IDAV – IUAV – IXAV: Uniflair Direct Expansion Air Cooled Room Cooling with Variable Speed Drive compressors 50-150 Kw" Brochure (Dec. 2019). |

| Claim Language | Exemplary Evidence |
|---|---|
| [1c] cooling said received air through heat exchange with the cooling fluid in the plurality of heat exchanger units; | Schneider Eletric's customers, when using the Schneider Electric Supplied Products, cooled the received air through heat exchange with the cooling fluid in the plurality of heat exchanger units.<br><br>The heat exchangers (i.e., evaporators) of the direct expansion (DX) units cooled the received air by exchanging heat to the cooling fluid (e.g., refrigerant) in the evaporator coil, thus cooling the air to be returned to the room.<br><br><br><br>*See, e.g.*, Schneider Electric, "High-efficiency room air conditioners: Uniflair air conditioners designed for precision environmental control of miss-critical applications" Brochure (2015). |

| Claim Language | Exemplary Evidence |
|---|---|
| | <br><br>*See, e.g.*, Schneider Electric, "High-efficiency room air conditioners: Uniflair air conditioners designed for precision environmental control of miss-critical applications" Brochure (2015). |
| [1d] sensing temperatures at one or more locations in said room; | Schneider Eletric's customers, when using the Schneider Electric Supplied Products, sensed the temperature at one or more locations in the room.<br><br>For example, Schneider Electric's customers, when using the Schneider Electric Supplied Products, calibrated temperature sensors.<br><br><br><br>*See, e.g.*, Schneider Electric, "High-efficiency Room Air Conditioners: Uniflair and EcoBreeze" Brochure (2014). |

| Claim Language | Exemplary Evidence |
|---|---|
| | As another example, Schneider Electric's customers, when using the Schneider Electric Supplied Products, sensed the temperature at the discharge of the units / supply to the inlet of the racks.<br><br>Brushless VSD scroll compressor<br>• Discharge temperature control<br>• High energy efficiency at partial load<br>• Low starting current<br>• No sliding contacts<br><br>• Discharge temperature sensor integrated with the microprocessor to allow discharge temperature control; in combination with D and U version, moisture control can be selected<br><br>*See, e.g.*, Schneider Electric, "Uniflair Air Cooled Room Cooling IDAV – IUAV – IXAV: Uniflair Direct Expansion Air Cooled Room Cooling with Variable Speed Drive compressors 50-150 Kw" Brochure (Dec. 2019); *see also, e.g.*, Schneider Electric, "High-efficiency Room Air Conditioners: Uniflair and EcoBreeze" Brochure (2014).<br><br>As another example, Schneider Electric's customers used additional "room air temperature" sensors to control the cooling units.<br><br>Additional accessories<br>• Suction from the top and front discharge plenums: they can be equipped with soundproofed insulation or with high efficiency air filters<br>• Back and top suction direct free-cooling plenum<br>• Floor stands (200mm height)<br>• Floor stands with motorized damper (500mm height)<br>• Motorized damper<br>• Adjustable baseframe (200 – 600 mm)<br>• Fire and smoke sensors<br>• Water leak detector<br>• Room air temperature / humidity sensor<br><br>*See, e.g.*, Schneider Electric, "Uniflair Air Cooled Room Cooling IDAV – IUAV – IXAV: Uniflair Direct Expansion Air Cooled Room Cooling with Variable Speed Drive compressors 50-150 Kw" Brochure (Dec. 2019). |

| Claim Language | Exemplary Evidence |
|---|---|
| | As another example, Schneider Electric's customers used additional "remote temperature sensors" to control the cooling units.<br><br>**Remote Temperature Sensors**<br><br>To control the cooling unit based on rack inlet temperature, remote temperature sensors are provided. The ACRD300 series units come equipped with one temperature sensor. These sensors measure temperature at a point 4 m (13 ft) from the connection inside the Uniflair Direct Expansion InRow unit. These sensors are used for remote placement in the field on an adjacent IT rack.<br><br>*See, e.g.*, Schneider Electric Uniflair Direct Expansion InRow Cooling ACRD300 and ACCU300 Series Technical Specifications (July 2021).<br><br>**Configuring the unit**<br><br>Path: **Main > Configuration > Unit > System**<br><br>• **Number of Units in Group:** The number of cooling units in this cooling group. Up to 16 cooling units can be joined together to work as a single cooling group.<br>• **Temperature Control Mode:** Determines which setpoint will be used for fan control (**Return Temperature** or **Supply Temperature** or **Remote Temperature**).<br>**NOTE:** A NetBotz® Rack Sensor Pod 150 is required for **Remote Temperature** control.<br><br>*See, e.g.*, Schneider Electric Uniflair LE Operation and Maintenance Manual (Jan. 2018).<br><br>• **Num. of Remote Temp. Sensors:** The number of remote temperature sensors in the cooling group. (0–72)<br>**NOTE:** A NetBotz® Rack Sensor Pod 150 is required for **Remote Temperature** control.<br>• **Remote Temperature Control Mode:** If **Average** is selected, the controller will use the average value of all of the remote temperature sensors as the temperature reading. If **Maximum** is selected, the controller will use the highest temperature from all of the remote temperature sensors as the temperature reading. **NOTE:** This is only editable if **Num. of Remote Temp. Sensors** in this menu is set to a value greater than zero (0).<br><br>*See, e.g.*, Schneider Electric Uniflair LE Operation and Maintenance Manual (Jan. 2018). |

Page 29 of **46**

| Claim Language | Exemplary Evidence |
|---|---|
| | **Temperature**<br><br>Path: Main > Status > Temperature<br><br>• **Return Temperature:** The current return air temperature. (°C (°F))<br>• **Supply Temperature:** The current supply air temperature. (°C (°F))<br>• **Left Supply Temperature:** The current supply air temperature of the left air temperature sensor. (°C (°F))<br>• **Right Supply Temperature:** The current supply air temperature of the right air temperature sensor. (°C (°F))<br>• **Outdoor Air Temperature:** The current outdoor air temperature. (°C (°F))<br>• **Remote Temperature Maximum:** The current highest temperature reading from all remote temperature sensors. (°C (°F))<br>• **Remote Temperature Minimum:** The current lowest temperature reading from all remote temperature sensors. (°C (°F))<br>• **Remote Temperature Average:** The current average temperature reading from all remote temperature sensors. (°C (°F))<br>• **Dew Point Temperature:** The current dew point temperature. (°C (°F))<br><br>*See, e.g.,* Schneider Electric Uniflair LE Operation and Maintenance Manual (Jan. 2018). |
| [1e] controlling at least one of the temperature of said cooling fluid and said air delivery by said plurality of heat exchanger units to said room in response to said sensed temperatures at said one or more locations; and | Schneider Eletric's customers, when using the Schneider Electric Supplied Products, controlled at least one of the temperature of said cooling fluid and said air delivery by said plurality of heat exchanger units to said room in response to said sensed temperatures at said one or more locations.<br><br>For example, Schneider Electric's customers, when using direct expansion cooling units, controlled at least one of the temperature of said cooling fluid and said air delivery by said plurality of heat exchanger units to said room in response to said sensed temperatures at said one or more locations. |

| Claim Language | Exemplary Evidence |
|---|---|
| |  *See, e.g.*, Schneider Electric Uniflair LE Operation and Maintenance Manual (Jan. 2018). *See, e.g.*, Schneider Electric Uniflair LE Operation and Maintenance Manual (Jan. 2018). |

| Claim Language | Exemplary Evidence |
|---|---|
| | <br><br>*See, e.g.*, Schneider Electric Uniflair LE Operation and Maintenance Manual (Jan. 2018). |

| Claim Language | Exemplary Evidence |
|---|---|
| | **Configuring the unit**<br><br>**Path: Main > Configuration > Unit > System**<br><br>• **Number of Units in Group:** The number of cooling units in this cooling group. Up to 16 cooling units can be joined together to work as a single cooling group.<br>• **Temperature Control Mode:** Determines which setpoint will be used for fan control (**Return Temperature** or **Supply Temperature** or **Remote Temperature**).<br>**NOTE:** A NetBotz® Rack Sensor Pod 150 is required for **Remote Temperature** control.<br>• **Altitude:** The distance of the unit above sea level in meters or feet depending on the user preferences. The altitude is used to calculate the pressure compensation if an AFC is installed. The altitude is also used in conversions between absolute (g/Kg) and relative (%RH) humidity.<br>• **Startup Delay:** The delay in seconds for how long the unit will wait to start after being given the "On" command.<br>• **Idle on Leak Detect:** When set to **Yes**, the cooling unit will enter idle mode if a **Water Detected** alarm activates. Set to **No** to disable the cooling unit from entering idle mode if a leak is detected.<br>• **Shutdown Input Present:** Select **Yes** if an external device is wired to the shutdown input terminals. If the unit is shut down via the shutdown input, the unit will not be able to operate again until the external device is reset for normal operation.<br>• **Num. of Remote Temp. Sensors:** The number of remote temperature sensors in the cooling group. (0–72)<br>**NOTE:** A NetBotz® Rack Sensor Pod 150 is required for **Remote Temperature** control.<br>• **Remote Temperature Control Mode:** If **Average** is selected, the controller will use the average value of all of the remote temperature sensors as the temperature reading. If **Maximum** is selected, the controller will use the highest temperature from all of the remote temperature sensors as the temperature reading.<br>**NOTE:** This is only editable if **Num. of Remote Temp. Sensors** in this menu is set to a value greater than zero (0).<br><br>*See, e.g.*, Schneider Electric Uniflair LE Operation and Maintenance Manual (Jan. 2018). |

| Claim Language | Exemplary Evidence |
|---|---|
| | **Airflow settings**<br><br>Path: Main > Configuration > Unit > Airflow > Fan<br><br>• **Fan Control Type:** Select which method will be used to control the unit fans.<br>  – **Proportional To Demand:** The speed of the evaporator fans is proportional to the compressor speed. As compressor capacity increases, fan speed increases; as compressor capacity decreases, fan speed decreases.<br>  – **Under Floor:** The speed of the evaporator fans is based on the pressure differential between the air under the floor and the air above the floor.<br>  NOTE: A pressure differential measuring device, such as an Active Flow Controller, must be connected to the unit for this setting.<br>  – **HACS:** The speed of evaporator fans is based on the pressure differential between the inside and outside of the hot aisle containment system. The fan speed increases to bring the pressure difference back down to the setpoint or decreases fan output to increase the pressure differential.<br>  NOTE: A pressure differential measuring device, such as an Active Flow Controller, must be connected to the unit for this setting.<br>  – **CACS:** The speed of evaporator fan is based on the pressure differential between the inside and outside of the cold aisle containment system. The fan speed decreases to bring the pressure difference back down to the setpoint or increases fan output to increase the pressure differential.<br>  NOTE: A pressure differential measuring device, such as an Active Flow Controller, must be connected to the unit for this setting.<br>  – **Constant Speed:** The fans will operate at the speed entered for **Fan Speed**.<br>• **Fan Speed:** Enter the fan speed percentage. (0–100%)<br>• **Fan Off Delay:** When a unit is turned off from the display, the fans will remain on for this length of time before shutting off. (10–60 s)<br>• **Maximum Fan Speed:** The maximum speed allowed for the fan. (0–100%)<br>• **Minimum Fan Speed:** The minimum speed allowed for the fan. (0–100%)<br><br>*See, e.g.*, Schneider Electric Uniflair LE Operation and Maintenance Manual (Jan. 2018). |

| Claim Language | Exemplary Evidence |
|---|---|
| | **Setpoints**<br><br>A setpoint is the target value that a cooling group tries to maintain in the environment. The default setpoints are appropriate for most cooling applications.<br><br>**Path: Main > Setpoints**<br><br>• **Return Air Setpoint:** The setpoint must be within 15.0–30.2°C (59.0–86.4°F). The **Return Air Setpoint** will be the required temperature of the air entering the cooling unit.<br>**NOTE:** The **Return Air** setting is defined by Schneider Electric qualified personnel when the cooling unit is commissioned.<br><br>• **Supply Air Setpoint:** The setpoint must be within 15.0–30.2°C (59.0–86.4°F). The **Supply Air Setpoint** will be the required temperature of the air expelled into the surrounding environment.<br>**NOTE:** The **Supply Air** setting is defined by Schneider Electric qualified personnel when the cooling group is commissioned.<br><br>• **Remote Temperature Setpoint:** The target values for the remote air sensors connected to a NetBotz® Rack Sensor Pod 150. When this setpoint is active, the **Supply Air Setpoint** is also displayed as a read-only variable because the remote air controller uses the supply air controller to achieve the remote temperature setpoint. (10.0–18.0°C (50.0–64.4°F))<br><br>*See, e.g.*, Schneider Electric Uniflair LE Operation and Maintenance Manual (Jan. 2018).<br><br>**Overview Screen**<br><br>After start-up, the display shows an overview screen containing basic status information. Press **Home** to toggle between the main menu (home) and overview screen. After a period of inactivity, the display also reverts back to the overview screen.<br><br>*See, e.g.*, Schneider Electric Uniflair LE Operation and Maintenance Manual (Jan. 2018). |

Page 35 of **46**

| Claim Language | Exemplary Evidence |
|---|---|
| | **Bar graphs:** Three bar graphs are available to provide information about the evaporator fans, the humidifier, and the compressors.<br><br>**Icon** — **Description**<br><br>Displays the evaporator fan speed.<br><br>Displays the steam production percentage of humidifier (if present).<br><br>Displays the stage of the electric reheat.<br><br>The number of graphs equals the number of compressors installed in the unit. For fixed-speed compressors, 0/1 means the compressor is off; 1/1 means the compressor is on. For variable-speed compressors, the compressor speed is displayed.<br><br>*See, e.g.*, Schneider Electric Uniflair LE Operation and Maintenance Manual (Jan. 2018).<br><br>**Cooling Unit Status**<br>**Path: Main > Status**<br>Status information for the environment, cooling unit, and components installed in the unit are provided in sub-menus. All of the status screens provide read-only information.<br>**Airflow**<br>**Path: Main > Status > Airflow**<br>• **Fan Speed:** The current fan speed percentage of the evaporating fans.<br>• **Fan Power:** The power consumed by all evaporating fans. (W)<br><br>*See, e.g.*, Schneider Electric Uniflair LE Operation and Maintenance Manual (Jan. 2018). |

Page 36 of **46**

| Claim Language | Exemplary Evidence |
|---|---|
| | **Compressor**<br><br>**Path: Main > Status > DX > Compressor 'X'**<br><br>• **Compressor 'X':** The current state of the compressor. (**On** or **Off**)<br>• **Suction Temperature:** The temperature of the refrigerant at the suction line. (°C (°F))<br>• **Suction Evap. Temp.:** The refrigerant boiling temperature in the evaporator. (°C (°F))<br>• **Discharge Cond. Temp.:** The condensation temperature in the condenser. (°C (°F))<br>• **Superheat:** The temperature difference required to keep the refrigerant in a gaseous state. (°C (°F))<br>• **Suction Pressure:** The pressure at the suction port of the compressor. (bar (psi))<br>• **Discharge Pressure:** The pressure at the discharge line. (bar (psi))<br>• **Circuit 'X' EXV Position:** The current position of the electronic expansion valve.<br>• **Compressor Speed:** The speed of the compressor. (Hz)<br>  NOTE: For variable-speed compressors only.<br>• **Liquid Line:** The state of the liquid line solenoid valve. (**Open** or **Closed**)<br>• **Circuit 2 Oil Separator:** The state of the oil separator relay. (**Open** or **Closed**)<br>  NOTE: For circuit 2 only.<br><br>*See, e.g.*, Schneider Electric Uniflair LE Operation and Maintenance Manual (Jan. 2018).<br><br>**Setpoints**<br><br>**Compressors**<br><br>**Path: Main > Configuration > Service > Setpoints > Compressor**<br><br>NOTE: Changing the settings incorrectly can cause malfunctions to your cooling unit. Only qualified service personnel should make changes to these settings.<br><br>• **Fix. Spd. Comp. On Deadband:** The deadband temperature range within which the compressor will remain on. (°C (°F))<br>• **Fix. Spd. Comp. Off Deadband:** The deadband temperature range within which the compressor will remain off. (°C (°F))<br>• **Var. Spd. Comp. Off Deadband:** The deadband temperature range within which the compressor will remain off. (°C (°F))<br><br>*See, e.g.*, Schneider Electric Uniflair LE Operation and Maintenance Manual (Jan. 2018). |

| Claim Language | Exemplary Evidence |
|---|---|
| |  *See, e.g.*, Schneider Electric Uniflair LE Operation and Maintenance Manual (Jan. 2018). <br><br> **Discharge Temperature Control and Moisture Control** <br><br> The control algorithm provides proportional and integral regulation on the discharge temperature of the unit, which manages the regulation of the speed of the inverter-driven compressor. The regulation logic is based on a proportional band called a "tuning band" (not the tolerance band). The combination of integral time, proportional band, and dead band settings maintain the air temperature within the tolerance. Proper regulation of the unit maintained through adjustment of its control parameters (gain/proportional band, integral gain/reset) to the optimum values, which is called "tuning the control loop". <br><br> *See, e.g.*, Schneider Electric Uniflair Room Cooling: Uniflair DX Air Cooled, Water Cooled and Indirect Free Cooling Units Technical Specifications (March 2022). |

| Claim Language | Exemplary Evidence |
|---|---|
| [1f] wherein the step of controlling said air delivery by said plurality of heat exchanger units comprises individually manipulating a mass flow rate of the cooling fluid supplied to each of the plurality of heat exchanger units. | Schneider Eletric's customers, when using the Schneider Electric Supplied Products, individually manipulated a mass flow rate of the cooling fluid supplied to each of the plurality of heat exchanger units to control the air delivery by the plurality of heat exchanger units.<br><br>For example, Schneider Electric's customers, when using direct expansion cooling units, controlled said air delivery by said plurality of heat exchanger units by individually manipulating a mass flow rate of the cooling fluid supplied to each of the plurality of heat exchanger units.<br><br>*See, e.g.*, Schneider Electric Uniflair LE Operation and Maintenance Manual (Jan. 2018). |

| Claim Language | Exemplary Evidence |
|---|---|
| |  *See, e.g.*, Schneider Electric Uniflair LE Operation and Maintenance Manual (Jan. 2018). *See, e.g.*, Schneider Electric Uniflair LE Operation and Maintenance Manual (Jan. 2018). |

| Claim Language | Exemplary Evidence |
|---|---|
| | **Configuring the unit**<br><br>Path: Main > Configuration > Unit > System<br><br>• **Number of Units in Group:** The number of cooling units in this cooling group. Up to 16 cooling units can be joined together to work as a single cooling group.<br>• **Temperature Control Mode:** Determines which setpoint will be used for fan control (**Return Temperature** or **Supply Temperature** or **Remote Temperature**).<br>**NOTE:** A NetBotz® Rack Sensor Pod 150 is required for **Remote Temperature** control.<br>• **Altitude:** The distance of the unit above sea level in meters or feet depending on the user preferences. The altitude is used to calculate the pressure compensation if an AFC is installed. The altitude is also used in conversions between absolute (g/Kg) and relative (%RH) humidity.<br>• **Startup Delay:** The delay in seconds for how long the unit will wait to start after being given the "On" command.<br>• **Idle on Leak Detect:** When set to **Yes**, the cooling unit will enter idle mode if a **Water Detected** alarm activates. Set to **No** to disable the cooling unit from entering idle mode if a leak is detected.<br>• **Shutdown Input Present:** Select **Yes** if an external device is wired to the shutdown input terminals. If the unit is shut down via the shutdown input, the unit will not be able to operate again until the external device is reset for normal operation.<br>• **Num. of Remote Temp. Sensors:** The number of remote temperature sensors in the cooling group. (0–72)<br>**NOTE:** A NetBotz® Rack Sensor Pod 150 is required for **Remote Temperature** control.<br>• **Remote Temperature Control Mode:** If **Average** is selected, the controller will use the average value of all of the remote temperature sensors as the temperature reading. If **Maximum** is selected, the controller will use the highest temperature from all of the remote temperature sensors as the temperature reading.<br>**NOTE:** This is only editable if **Num. of Remote Temp. Sensors** in this menu is set to a value greater than zero (0).<br><br>*See, e.g.*, Schneider Electric Uniflair LE Operation and Maintenance Manual (Jan. 2018). |

| Claim Language | Exemplary Evidence |
|---|---|
| | **Airflow settings**<br><br>Path: Main > Configuration > Unit > Airflow > Fan<br><br>• **Fan Control Type:** Select which method will be used to control the unit fans.<br>  – **Proportional To Demand:** The speed of the evaporator fans is proportional to the compressor speed. As compressor capacity increases, fan speed increases; as compressor capacity decreases, fan speed decreases.<br>  – **Under Floor:** The speed of the evaporator fans is based on the pressure differential between the air under the floor and the air above the floor.<br>  NOTE: A pressure differential measuring device, such as an Active Flow Controller, must be connected to the unit for this setting.<br>  – **HACS:** The speed of evaporator fans is based on the pressure differential between the inside and outside of the hot aisle containment system. The fan speed increases to bring the pressure difference back down to the setpoint or decreases fan output to increase the pressure differential.<br>  NOTE: A pressure differential measuring device, such as an Active Flow Controller, must be connected to the unit for this setting.<br>  – **CACS:** The speed of evaporator fan is based on the pressure differential between the inside and outside of the cold aisle containment system. The fan speed decreases to bring the pressure difference back down to the setpoint or increases fan output to increase the pressure differential.<br>  NOTE: A pressure differential measuring device, such as an Active Flow Controller, must be connected to the unit for this setting.<br>  – **Constant Speed:** The fans will operate at the speed entered for **Fan Speed**.<br>• **Fan Speed:** Enter the fan speed percentage. (0–100%)<br>• **Fan Off Delay:** When a unit is turned off from the display, the fans will remain on for this length of time before shutting off. (10–60 s)<br>• **Maximum Fan Speed:** The maximum speed allowed for the fan. (0–100%)<br>• **Minimum Fan Speed:** The minimum speed allowed for the fan. (0–100%)<br><br>*See, e.g.*, Schneider Electric Uniflair LE Operation and Maintenance Manual (Jan. 2018). |

Page 42 of **46**

| Claim Language | Exemplary Evidence |
|---|---|
| | **Setpoints**<br><br>A setpoint is the target value that a cooling group tries to maintain in the environment. The default setpoints are appropriate for most cooling applications.<br><br>**Path: Main > Setpoints**<br><br>• **Return Air Setpoint:** The setpoint must be within 15.0–30.2°C (59.0–86.4°F). The **Return Air Setpoint** will be the required temperature of the air entering the cooling unit.<br>NOTE: The **Return Air** setting is defined by Schneider Electric qualified personnel when the cooling unit is commissioned.<br><br>• **Supply Air Setpoint:** The setpoint must be within 15.0–30.2°C (59.0–86.4°F). The **Supply Air Setpoint** will be the required temperature of the air expelled into the surrounding environment.<br>NOTE: The **Supply Air** setting is defined by Schneider Electric qualified personnel when the cooling group is commissioned.<br><br>• **Remote Temperature Setpoint:** The target values for the remote air sensors connected to a NetBotz® Rack Sensor Pod 150. When this setpoint is active, the **Supply Air Setpoint** is also displayed as a read-only variable because the remote air controller uses the supply air controller to achieve the remote temperature setpoint. (10.0–18.0°C (50.0–64.4°F))<br><br>*See, e.g.*, Schneider Electric Uniflair LE Operation and Maintenance Manual (Jan. 2018).<br><br>**Overview Screen**<br><br>After start-up, the display shows an overview screen containing basic status information. Press **Home** to toggle between the main menu (home) and overview screen. After a period of inactivity, the display also reverts back to the overview screen.<br><br><br><br>*See, e.g.*, Schneider Electric Uniflair LE Operation and Maintenance Manual (Jan. 2018). |

| Claim Language | Exemplary Evidence |
|---|---|
| | **Bar graphs:** Three bar graphs are available to provide information about the evaporator fans, the humidifier, and the compressors.<br><br>**Icon**     **Description**<br><br>Displays the evaporator fan speed.<br><br>Displays the steam production percentage of humidifier (if present).<br><br>Displays the stage of the electric reheat.<br><br>The number of graphs equals the number of compressors installed in the unit. For fixed-speed compressors, 0/1 means the compressor is off; 1/1 means the compressor is on. For variable-speed compressors, the compressor speed is displayed.<br><br>*See, e.g.*, Schneider Electric Uniflair LE Operation and Maintenance Manual (Jan. 2018).<br><br>**Cooling Unit Status**<br>**Path: Main > Status**<br>Status information for the environment, cooling unit, and components installed in the unit are provided in sub-menus. All of the status screens provide read-only information.<br>**Airflow**<br>**Path: Main > Status > Airflow**<br>• **Fan Speed:** The current fan speed percentage of the evaporating fans.<br>• **Fan Power:** The power consumed by all evaporating fans. (W)<br><br>*See, e.g.*, Schneider Electric Uniflair LE Operation and Maintenance Manual (Jan. 2018). |

| Claim Language | Exemplary Evidence |
|---|---|
| | **Compressor**<br><br>**Path: Main > Status > DX > Compressor 'X'**<br><br>• **Compressor 'X':** The current state of the compressor. (**On** or **Off**)<br>• **Suction Temperature:** The temperature of the refrigerant at the suction line. (°C (°F))<br>• **Suction Evap. Temp.:** The refrigerant boiling temperature in the evaporator. (°C (°F))<br>• **Discharge Cond. Temp.:** The condensation temperature in the condenser. (°C (°F))<br>• **Superheat:** The temperature difference required to keep the refrigerant in a gaseous state. (°C (°F))<br>• **Suction Pressure:** The pressure at the suction port of the compressor. (bar (psi))<br>• **Discharge Pressure:** The pressure at the discharge line. (bar (psi))<br>• **Circuit 'X' EXV Position:** The current position of the electronic expansion valve.<br>• **Compressor Speed:** The speed of the compressor. (Hz)<br>NOTE: For variable-speed compressors only.<br>• **Liquid Line:** The state of the liquid line solenoid valve. (**Open** or **Closed**)<br>• **Circuit 2 Oil Separator:** The state of the oil separator relay. (**Open** or **Closed**)<br>NOTE: For circuit 2 only.<br><br>*See, e.g.*, Schneider Electric Uniflair LE Operation and Maintenance Manual (Jan. 2018).<br><br>**Setpoints**<br><br>**Compressors**<br><br>**Path: Main > Configuration > Service > Setpoints > Compressor**<br><br>NOTE: Changing the settings incorrectly can cause malfunctions to your cooling unit. Only qualified service personnel should make changes to these settings.<br><br>• **Fix. Spd. Comp. On Deadband:** The deadband temperature range within which the compressor will remain on. (°C (°F))<br>• **Fix. Spd. Comp. Off Deadband:** The deadband temperature range within which the compressor will remain off. (°C (°F))<br>• **Var. Spd. Comp. Off Deadband:** The deadband temperature range within which the compressor will remain off. (°C (°F))<br><br>*See, e.g.*, Schneider Electric Uniflair LE Operation and Maintenance Manual (Jan. 2018). |

| Claim Language | Exemplary Evidence |
|---|---|
| | <br><br>*See, e.g.*, Schneider Electric Uniflair LE Operation and Maintenance Manual (Jan. 2018).<br><br>**Discharge Temperature Control and Moisture Control**<br><br>The control algorithm provides proportional and integral regulation on the discharge temperature of the unit, which manages the regulation of the speed of the inverter-driven compressor. The regulation logic is based on a proportional band called a "tuning band" (not the tolerance band). The combination of integral time, proportional band, and dead band settings maintain the air temperature within the tolerance. Proper regulation of the unit maintained through adjustment of its control parameters (gain/proportional band, integral gain/reset) to the optimum values, which is called "tuning the control loop".<br><br>*See, e.g.*, Schneider Electric Uniflair Room Cooling: Uniflair DX Air Cooled, Water Cooled and Indirect Free Cooling Units Technical Specifications (March 2022). |