# EXHIBIT 13

**U.S. Patent No. 6,718,277 – Infringement Claim Chart**

The Supplied Control/Monitoring Products include:

- AutomatedLogic WebCTRL

- Nlyte Software Sutie

- Schneider Electric Struxureware

- Stulz CyberHub ECO.DC

The Supplied Control/Monitoring Products work with Computer Room Air Conditioning (CRAC) and Computer Room Air Handling (CRAH) units and sensors (e.g., temperature, humidity, pressure)—as described in, for example, the Complaint Exhibits for the '287 and '682 Patents also asserted in this case—to control atmospheric conditions within a building (i.e., data center).

These Supplied Control/Monitoring Products, in conjunction with the CRAC / CRAH units, when used by the Data Center, infringed at least claim 1 of the '277 patent as demonstrated in the exemplary claim chart below.

| Claim Language | Exemplary Evidence |
|---|---|
| [1pre] A method of controlling atmospheric conditions within a building, said method comprising the steps of: | The Data Center performed a method of controlling atmospheric conditions within a building. For example, regardless of which supplier is used, the Data Center used Computer Room Air Conditioners (CRACs) / Computer Room Air Handlers (CRAHs) to control atmospheric conditions (e.g., temperature, pressure, airflow, humidity) within the data center. *See, e.g.*, '287 and '682 Patent Complaint Exhibits. The Data Center used one or more of the Supplied Control/Monitoring Products, in conjunction with the CRACs / CRAHs, to control atmospheric conditions (e.g., temperature, pressure, airflow, humidity) within the data center. *See, e.g.*, AutomatedLogic, "WebCTRL Building Analytics" Brochure (June 2017). |

| Claim Language | Exemplary Evidence |
|---|---|
| |  |

*See, e.g.*, AutomatedLogic WebCTRL v6.5 User Manual (June 2016).

| Claim Language | Exemplary Evidence |
|---|---|
| | |

*See, e.g.*, Nylte Software Product Brief (April 2013).

| Claim Language | Exemplary Evidence |
|---|---|
| |  *See, e.g.*, nylte Data Center Infrastructure Management Webinar, Part 1 https://www.youtube.com/watch?v=_7yRmrwx0zE at 7:27-8:00 (published Sep. 22, 2011, last visited Dec. 23 2025). |

Page 5 of **29**

| Claim Language | Exemplary Evidence |
|---|---|
| | *See, e.g.*, Schneider Electric, "Cooling Solutions for IT Equipment" Brochure (2013). |

Page 6 of **29**

| Claim Language | Exemplary Evidence |
|---|---|
| | <br><br>*See, e.g.*, Stulz, "One Stulz. One Source. STULZ – one source for air conditioning technology at the very highest level." Product Brochure (2020). |

| Claim Language | Exemplary Evidence |
|---|---|
| | |

*See, e.g.*, Stulz, "One Stulz. One Source. STULZ – one source for air conditioning technology at the very highest level." Product Brochure (2020).

| Claim Language | Exemplary Evidence |
|---|---|
| [1a] supplying a conditioned fluid inside said building; | The Data Center supplied a conditioned fluid inside said building. For example, regardless of which supplier is used, the Data Center used CRAC / CRAH units to receive hot air and return cool air to the data center. The CRAC / CRAH units also performed heating, humidification, dehumidification, and/or filtration functions. *See, e.g.*, '287 Patent Complaint Exhibit (limitations [1pre], [1a], [1c]); *see also, e.g.*, '682 Patent Complaint Exhibit (limitations [1pre], [1c]). |
| [1b] sensing at least one atmospheric parameter in a plurality of locations inside said building; | The Data Center sensed at least one atmospheric parameter in a plurality of locations inside said building. For example, temperature sensors, humidity sensors, and/or pressure sensors were located at a plurality of locations inside the data center. The Data Center sensed one or more of these atmospheric parameters in a plurality of locations inside the data center. *See, e.g.*, '287 Patent Complaint Exhibit (limitations [1pre], [1d]); *see also, e.g.*, '682 Patent Complaint Exhibit (limitations [1pre], [1]). |
| [1c] generating an empirical atmospheric map from the results of said sensing step using software for processing input from said sensing step and for producing output in the form of said empirical atmospheric map; | The Data Center generated an empirical atmospheric map from the results of said sensing step using software for processing input from said sensing step and for producing output in the form of said empirical atmospheric map. For example, the Data Center set temperature setpoints. The Data Center used the Supplied Control/Monitoring Products to generate an empirical atmospheric map from the results of the sensed temperatures using software for processing input from the temperature readings and for producing output in the form of an empirical atmospheric map. *See, e.g.*, '682 Patent Complaint Exhibit (limitation [1b]). |

| Claim Language | Exemplary Evidence |
|---|---|
| | <br><br>*See, e.g.*, AutomatedLogic, "WebCTRL Building Analytics" Brochure (June 2017). |

| Claim Language | Exemplary Evidence |
|---|---|
| |  |
| | *See, e.g.*, AutomatedLogic, "WebCTRL Building Analytics" Brochure (June 2017). |

| Claim Language | Exemplary Evidence |
|---|---|
| | <br><br>*See, e.g.*, AutomatedLogic WebCTRL v6.5 User Manual (June 2016). |

| Claim Language | Exemplary Evidence |
|---|---|
| |  *See, e.g.*, nylte Data Center Infrastructure Management Webinar, Part 1 https://www.youtube.com/watch?v=_7yRmrwx0zE at 7:27-8:00 (published Sep. 22, 2011, last visited Dec. 23 2025). |

Page 13 of **29**

| Claim Language | Exemplary Evidence |
|---|---|
| | *See, e.g.*, Schneider Electric, "Cooling Solutions for IT Equipment" Brochure (2013). |

| Claim Language | Exemplary Evidence |
|---|---|
| | *See, e.g.*, Stulz, "One Stulz. One Source. STULZ – one source for air conditioning technology at the very highest level." Product Brochure (2020). |

| Claim Language | Exemplary Evidence |
|---|---|
| | **Optimum transparency**<br>• All the relevant operating data are collected, analyzed in detail and clearly documented<br>• See all data relevant to the data center, such as cooling and power supply, at a glance<br>• Air conditioning systems and their infrastructure can be controlled to perfection at all times<br><br>**Monitoring 24/7, 365 days a year**<br>• CyberHub ECO.*DC* is the higher-level system<br>• The data center is monitored around the clock<br>• Virtually no data are missed<br>• Reliability is dramatically improved, and undiscovered potential savings are flagged up and exploited<br>• Supports numerous industry standard protocols<br><br>**Status reports**<br>• Individual status reports are created in the system, generated automatically or manually, and sent<br>• No more manual collection and preparation of data<br>• The content, design and distribution list can be adapted when necessary<br><br>**Management**<br>• Manage the entire infrastructure with just one system<br>• All components can be assigned names, comments, and serial and inventory numbers<br>• Adapt and upgrade components with ease<br><br>**3D visual display**<br>View a 3D thermal image of your data center in just a few clicks.<br><br>**Other features**<br>• Easy installation during ongoing operation<br>• The system can be implemented both on physical servers and on a virtual machine<br>• Assists with room planning<br>• Data are analyzed and presented in diagrams<br>• Calculates the ROI times of capital investments based on before/after comparisons of measurement data<br>• Individually configured limit values for warnings and alarms<br>• Dashboard functionality provides values and key performance indicators at a glance<br><br>*See, e.g.*, Stulz, "One Stulz. One Source. STULZ – one source for air conditioning technology at the very highest level." Product Brochure (2020). |

Page 16 of **29**

| Claim Language | Exemplary Evidence |
|---|---|
| [1d] comparing said empirical atmospheric map to a template atmospheric map; and | The Data Center compared the empirical atmospheric map to a template atmospheric map.<br><br>For example, the Data Center used the Supplied Control/Monitoring Products to compare an empirical atmospheric map to a template atmospheric map, for instance, by comparing current/real-time temperatures to template setpoints.<br><br><br><br>Dynamic color floor plans provide an immediate understanding of conditions in your building in a single glance.<br><br>Thermographic Floor Plan Displays<br><br>See your building in living color.<br><br>Few operators have the time to sit in front of the computer comparing actual space temperatures with their set points – and with Automated Logic, they don't have to. A timeless and unmatched assessment tool, thermographic floor plan displays allow instantaneous recognition of building and zone conditions. A quick analysis of colors allows the operator to determine if there is an issue.<br><br>By displaying information using colors rather than numerical data, we eliminate the need for human calculation and interpretation of set point and actual temperature difference, and help resolve whether there is a normal circumstance or an anomaly to be investigated.<br><br>No one has ever said that an analytical tool has to be complex. With this in mind, Automated Logic thermographs do the interpretation (read: analysis) of the real-time data and provide a result that is easily understood and acted upon.<br><br>*See, e.g.*, AutomatedLogic, "WebCTRL Building Analytics" Brochure (June 2017). |

| Claim Language | Exemplary Evidence |
|---|---|
| |  |
| | *See, e.g.*, AutomatedLogic WebCTRL v6.5 User Manual (June 2016). |

| Claim Language | Exemplary Evidence |
|---|---|
| |  *See, e.g.*, AutomatedLogic WebCTRL v6.5 User Manual (June 2016). |

| Claim Language | Exemplary Evidence |
|---|---|
| | *See, e.g.*, AutomatedLogic WebCTRL v6.5 User Manual (June 2016). |

| Claim Language | Exemplary Evidence |
|---|---|
| | <br><br>*See, e.g.*, nylte Data Center Infrastructure Management Webinar, Part 1 https://www.youtube.com/watch?v=_7yRmrwx0zE at 7:27-8:00 (published Sep. 22, 2011, last visited Dec. 23 2025). |

| Claim Language | Exemplary Evidence |
|---|---|
| | |

*See, e.g.*, Schneider Electric, "Cooling Solutions for IT Equipment" Brochure (2013).

| Claim Language | Exemplary Evidence |
|---|---|
| | |

*See, e.g.*, Stulz, "One Stulz. One Source. STULZ – one source for air conditioning technology at the very highest level." Product Brochure (2020).

Page 23 of **29**

| Claim Language | Exemplary Evidence |
|---|---|
| | **Optimum transparency**<br>• All the relevant operating data are collected, analyzed in detail and clearly documented<br>• See all data relevant to the data center, such as cooling and power supply, at a glance<br>• Air conditioning systems and their infrastructure can be controlled to perfection at all times<br><br>**Monitoring 24/7, 365 days a year**<br>• CyberHub ECO.*DC* is the higher-level system<br>• The data center is monitored around the clock<br>• Virtually no data are missed<br>• Reliability is dramatically improved, and undiscovered potential savings are flagged up and exploited<br>• Supports numerous industry standard protocols<br><br>**Status reports**<br>• Individual status reports are created in the system, generated automatically or manually, and sent<br>• No more manual collection and preparation of data<br>• The content, design and distribution list can be adapted when necessary<br><br>**Management**<br>• Manage the entire infrastructure with just one system<br>• All components can be assigned names, comments, and serial and inventory numbers<br>• Adapt and upgrade components with ease<br><br>**3D visual display**<br>View a 3D thermal image of your data center in just a few clicks.<br><br>**Other features**<br>• Easy installation during ongoing operation<br>• The system can be implemented both on physical servers and on a virtual machine<br>• Assists with room planning<br>• Data are analyzed and presented in diagrams<br>• Calculates the ROI times of capital investments based on before/after comparisons of measurement data<br>• Individually configured limit values for warnings and alarms<br>• Dashboard functionality provides values and key performance indicators at a glance<br><br>*See, e.g.*, Stulz, "One Stulz. One Source. STULZ – one source for air conditioning technology at the very highest level." Product Brochure (2020). |

| Claim Language | Exemplary Evidence |
|---|---|
| [1e] identifying pattern differentials between said empirical and template atmospheric maps. | The Data Center identified pattern differentials between said empirical and template atmospheric maps.<br><br>For example, the Data Center used the Supplied Control/Monitoring Products to identify pattern differentials between the empirical and template maps, for example, by identifying when sensors are reporting conditions that exceed template conditions.<br><br><br><br>Dynamic color floor plans provide an immediate understanding of conditions in your building in a single glance.<br><br>**Thermographic Floor Plan Displays**<br><br>**See your building in living color.**<br><br>Few operators have the time to sit in front of the computer comparing actual space temperatures with their set points – and with Automated Logic, they don't have to. A timeless and unmatched assessment tool, thermographic floor plan displays allow instantaneous recognition of building and zone conditions. A quick analysis of colors allows the operator to determine if there is an issue.<br><br>By displaying information using colors rather than numerical data, we eliminate the need for human calculation and interpretation of set point and actual temperature difference, and help resolve whether there is a normal circumstance or an anomaly to be investigated.<br><br>No one has ever said that an analytical tool has to be complex. With this in mind, Automated Logic thermographs do the interpretation (read: analysis) of the real-time data and provide a result that is easily understood and acted upon.<br><br>*See, e.g.*, AutomatedLogic, "WebCTRL Building Analytics" Brochure (June 2017). |

| Claim Language | Exemplary Evidence |
|---|---|
| |  *See, e.g.*, nylte Data Center Infrastructure Management Webinar, Part 1 https://www.youtube.com/watch?v=_7yRmrwx0zE at 7:27-8:00 (published Sep. 22, 2011, last visited Dec. 23 2025). |

| Claim Language | Exemplary Evidence |
|---|---|
| | |

### StruxureWare for Data Centers Software Suite

UPS units, cooling equipment, and secure power systems from Schneider Electric are core components of any architecture designed for highly critical applications, such as data centers, industry environments, infrastructure, and buildings.

Intelligent energy management of these systems is enabled by Schneider Electric EcoStruxure™ integrated hardware and software system architecture. StruxureWare software applications and suites are a key element of the EcoStruxure architecture. The software helps maximize system reliability and optimize operational efficiency.

StruxureWare for Data Centers software collects and manages real-time information about assets, resource use, and operation status throughout the data center life cycle. This data center infrastructure management (DCIM) software provides full system visibility, allowing managers to monitor information and act quickly in order to optimize data center performance and meet IT, business, and service-oriented goals.

*See, e.g.*, Schneider Electric, "Cooling Solutions for IT Equipment" Brochure (2013).

| Claim Language | Exemplary Evidence |
|---|---|
| | <br>*See, e.g.*, Stulz, "One Stulz. One Source. STULZ – one source for air conditioning technology at the very highest level." Product Brochure (2020). |

| Claim Language | Exemplary Evidence |
|---|---|
|  | **Optimum transparency**<br>• All the relevant operating data are collected, analyzed in detail and clearly documented<br>• See all data relevant to the data center, such as cooling and power supply, at a glance<br>• Air conditioning systems and their infrastructure can be controlled to perfection at all times<br><br>**Monitoring 24/7, 365 days a year**<br>• CyberHub ECO.*DC* is the higher-level system<br>• The data center is monitored around the clock<br>• Virtually no data are missed<br>• Reliability is dramatically improved, and undiscovered potential savings are flagged up and exploited<br>• Supports numerous industry standard protocols<br><br>**Status reports**<br>• Individual status reports are created in the system, generated automatically or manually, and sent<br>• No more manual collection and preparation of data<br>• The content, design and distribution list can be adapted when necessary<br><br>**Management**<br>• Manage the entire infrastructure with just one system<br>• All components can be assigned names, comments, and serial and inventory numbers<br>• Adapt and upgrade components with ease<br><br><br><br>**3D visual display**<br>View a 3D thermal image of your data center in just a few clicks.<br><br>**Other features**<br>• Easy installation during ongoing operation<br>• The system can be implemented both on physical servers and on a virtual machine<br>• Assists with room planning<br>• Data are analyzed and presented in diagrams<br>• Calculates the ROI times of capital investments based on before/after comparisons of measurement data<br>• Individually configured limit values for warnings and alarms<br>• Dashboard functionality provides values and key performance indicators at a glance<br><br>*See, e.g.*, Stulz, "One Stulz. One Source. STULZ – one source for air conditioning technology at the very highest level." Product Brochure (2020). |